UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TARIAN G. MILLER** | * | CIVIL ACTION NO. |
| *Plaintiff* | * | |
| | * | SECTION: |
| **VERSUS** | * | |
| | * | |
| **THE TRAVELERS INDEMNITY** | * | JUDGE: |
| **COMPANY OF CONNECTICUT,** | * | |
| **CRUM TRUCKING, INC., AND TINA** | * | MAGISTRATE: |
| **A. HAWKINS** | * | |
| *Defendant* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Notice of Removal

**NOW INTO** COURT, through undersigned counsel, comes The Travelers Indemnity Company of Connecticut, (hereinafter "Defendant" or "Travelers") who, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. 1446, notices the removal of the above-captioned action from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana. This Court has original subject matter jurisdiction under 28 U.S.C. §1332 because there is complete diversity of citizenship between all properly joined parties and the amount in controversy requirement is satisfied. In support of removal, Defendant respectfully represents the following short and plain statement of the grounds for removal in accordance with 28 U.S.C. § 1446.

## Background

1. Tarian G. Miller ("Plaintiff") named The Travelers Indemnity Company of Connecticut in a lawsuit titled *Tarian G. Miller v. The Travelers Indemnity Company of Connecticut, Crum Trucking, Inc., and Tina A. Hawkins*, which is pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and bearing Docket Number

C-76362. Plaintiff's action commenced on August 22, 2023[1]. The Travelers Indemnity Company of Connecticut (Travelers) was served through the office of the Louisiana Secretary of State on August 29, 2023.[2]

## Venue is Proper

2. Venue is proper in the United States District Court for the Middle District of Louisiana because this Court embraces the 19th Judicial District Court for the Parish of East Baton Rouge, the state court where Plaintiff filed the Petition for Damages under 28 U.S.C. §98(b).

## Diversity of Citizenship

3. This Court has original jurisdiction under 28 U.S.C. § 1332(a) over this case because Plaintiff's action is between the citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

### Complete Diversity

4. Plaintiff, Tarian G. Miller, alleged that he is "a person of the full age of majority residing in East Baton Rouge Parish, state of Louisiana." Upon information and belief, at the commencement of Plaintiff's action, Plaintiff was—and remains—a domiciliary of East Baton Rouge Parish, Louisiana. Therefore, the plaintiff is a citizen of Louisiana for purposes of diversity.

5. Plaintiff alleged that Defendant, The Travelers Indemnity Company of Connecticut is a "foreign insurance company."[3]

---

[1] Exhibit 1—Petition for Damages.
[2] Exhibit 2 – Certified True and Correct Copy of Service of Citation on The Travelers Indemnity Company of Connecticut.
[3] Exhibit 1—Petition for Damages, p. 1, ¶ 2.

6. The Travelers Indemnity Company of Connecticut is a foreign insurance corporation organized under the laws of Connecticut with its principal place of business in Hartford Connecticut. Therefore, Travelers is a citizen of Connecticut for purposes of determining diversity.

7. Plaintiff also named Defendant, Crum Trucking, Inc. alleging that it was a "foreign corporation"[4]

8. Crum Trucking, Inc. is a foreign corporation organized under the laws of Indiana with its principal place of business in Indiana. Therefore, Crum Trucking, Inc. is a citizen of Indiana for purposes of determining diversity.

9. Plaintiff also named Defendant, Tina A. Hawkins, alleging that she is a "resident of Johnson County, Indiana".[5] Upon information and belief, at the commencement of Plaintiff's action, Tina A. Hawkins was—and remains—a domiciliary of the State of Indiana. Therefore, Tina A. Hawkins is a citizen of Indiana for purposes of determining diversity.

10. Diversity of citizenship is complete because Plaintiff is a citizen of Louisiana, and Defendants are citizens of Indiana and Connecticut.

## Amount in Controversy

11. The amount in controversy between Plaintiff and Defendants exceeds $75,000.00 exclusive of interest and costs.

12. Louisiana state law prohibits a Plaintiff from specifying a monetary amount of damages in the allegations or prayer for relief in any original demand.[6] The United States Court of

---

[4] Exhibit 1- Petition for Damages
[5] Exhibit 1 – Petition for Damages
[6] La. C.C.P. Art. 893 A(1).

Appeals for the Fifth Circuit established the framework for resolving these disputes over the amount in controversy.[7] In such situations, the removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000, exclusive of interest and costs.[8] The Defendant can prove this in either of two (2) ways: (1) by demonstrating that it is "facially apparent" that the claims are likely above $75,000, or (2) "by setting forth the facts in controversy—preferably in the removal petition, but sometimes by affidavit—that support a finding of the requisite amount."[9]

13. Plaintiff alleged that he was operating a 2019 Ford truck on I-310 in St. Charles Parish, State of Louisiana, when suddenly and without warning, the Defendant, Tina A. Hawkins… veered into the northbound lane of I-310 causing her to trailer to crash into the plaintiff's vehicle, causing the injuries, damages, and losses complained of.[10]

14. Plaintiff alleged that as a result of the accident, he sustained "personal injuries".[11]

15. Plaintiff alleged entitlement to the following categories of damages:

    a. Physical and mental pain, suffering and anguish (*past, present and future*);

    b. Physical disability and/or impairment of functions and activities (*past, present and future*); and

    c. Loss of enjoyment of life (*past, present and future*);[12]

16. In addition to alleging entitlement to the above damages, plaintiff also alleges entitlement to additional damages consisting of "economic damages, loss wages, medical expenses, drug/prescription medication, rehabilitation therapy, diagnostic procedures, travel and

---

[7] *Luckett v. Delta Airlines, Inc.* 171 F.3d 295 (5th Cir. 1999).
[8] *Id.* at 298 (citing *De Aguilar v. Boeing Co.*, 11 F.3d 55, 58 (5th Cir.1993)).
[9] *Id.* (citing *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir.1995)) (emphasis in original).
[10] Exhibit 1—Petition for Damages, p. 1, ¶ 3.
[11] Exhibit 1—Petition for Damages, p. 2, ¶ 8.
[12] Exhibit 1—Petition for Damages, p. 2, ¶ 8.

other related and necessary expenses."[13]

17. Given the allegations of plaintiff's Petition for Damages seeking entitlement to the above-referenced damages, both general and special, it is facially apparent from Plaintiff's Petition for Damages that the amount in controversy likely exceeds $75,000.00, exclusive of interest and costs, thereby satisfying the jurisdictional amount under 28 U.S.C. § 1332(a).

## Removal is Timely

18. This Notice of Removal is timely filed under 28 U.S.C. §1446(b).

19. Defendant was served through the office of the Louisiana Secretary of State on August 29, 2023.[14]

20. While Travelers is not the only Defendant named in the Plaintiff's Petition for Damages, removal is still timely under 28 U.S.C. §1446(b)(2)(C) as Tina A. Hawkins and Crum Trucking, Inc. have consented to removal.[15] Consequently, this *Notice of Removal* is timely pursuant to 28 U.S.C. §1446(b).

21. Defendant filed this Notice of Removal on September 19, 2023, which is within thirty days of August 29, 2023.

## Copies of Pleadings Attached

22. Copies of all pleadings and process as contained in the state court record are attached.

## Reservation of Rights

23. Defendant files this Notice of Removal without waiving any objections, exceptions, or

---

[13] Exhibit 1—Petition for Damages, p. 2, ¶ 9.
[14] Exhibit 2 – Certified True and Correct Copy of Service of Citation on The Travelers Indemnity Company of Connecticut.
[15] Please *see* Certificate of Consent to Removal by co-defendants, Crum Tricking, Inc. and Tina A. Hawkins - Exhibit 3.

defenses to Plaintiff's Petition for Damages.

## Conclusion

24. Removal is proper under 28 U.S. C. § 1441 and 1446.

25. This Court has original jurisdiction under 28 U.S.C. §1332 because the parties are completely diverse, and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

26. Defendant, through counsel, shall give written notice of this filing to counsel of record for Plaintiff and the Clerk of Court at the 19th Judicial District Court for the Parish of East Baton Rouge.

**WHEREFORE,** Defendant, The Travelers Indemnity Company of Connecticut, prays that this Court order this matter removed from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana, as provided by law, and thereupon proceed as if it had originally been commenced in this court.

Respectfully submitted,

DEGAN, BLANCHARD & NASH

*/s/ Richard W. Schwerdtfeger*
SIDNEY W. DEGAN, III (#4804)
RICHARD W. SCHWERDTFEGER(#37298)
400 Poydras Street, Suite 2600
New Orleans, Louisiana  70130
Telephone:  (504) 529-3333
Facsimile:  (504) 529-3337
E-mail: sdegan@degan.com
        rschwerdtfeger@degan.com
*Counsel for Defendants, The Travelers Indemnity Company of Connecticut, Crum Trucking, Inc., and Tina A. Hawkins*

{01597057.DOCX;1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2023, a copy of the foregoing *Notice of Removal* was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record who are registered with the CM/ECF system. I also certify that on this 19th day of September, 2023, I have mailed by United States Postal Service this filing to the following counsel of record.

/s/ Richard W. Schwerdtfeger
Richard W. Schwerdtfeger

**Counsel for Plaintiff:**
Todd. W. Hernandez
Gordon McKernan Injury Attorneys
Zachary, Louisiana 70791
Tel: 225-490-6366
Fax: 225-681-5888
todd@getgordon.com

{01597057.DOCX;1}